**Exhibit B**



# Amendment No. 1
## to
## Agreement No. 4700 NG200000072
## for
## Social Services
## between
## CENTRAL TEXAS ALLIED HEALTH INSTITUTE
## and the
## CITY OF AUSTIN

*(COVID-19 Workforce Development Program)*

**1.0** The City of Austin and the Grantee hereby agree to the Agreement revisions listed below.

**2.0** The total amount for this Amendment to the Agreement is **Two Hundred Thousand dollars ($200,000)**. The total Agreement amount is recapped below:

| Term | Agreement Change Amount | Total Agreement Amount |
|---|---|---|
| Basic Term: (Sept. 1, 2020 – Sept. 30, 2021) | n/a | $ 200,000 |
| Amendment No. 1: Exercise Extension Option #1 (Oct. 1, 2020 – Sept. 30, 2022) | $ 200,000 | $ 400,000 |

**3.0** The following changes have been made to the original Agreement EXHIBITS:

**Exhibit A.1 -- Program Work Statement** is deleted in its entirety and replaced with a new **Exhibit A.1 -- Program Work Statement.** *[Revised 8/25/2021]*

**Exhibit A.2 -- Program Performance Measures** is deleted in its entirety and replaced with a new **Exhibit A.2 -- Program Performance Measures.** *[Revised 8/25/2021]*

**Exhibit B.1 -- Program Budget and Narrative** is deleted in its entirety and replaced with a new **Exhibit B.1 -- Program Budget and Narrative.** *[Revised 8/25/2021]*

**4.0** The following Terms and Conditions have been MODIFIED:

8.24 **Holidays.** The following holidays are observed by the City:

| HOLIDAY | DATE OBSERVED |
|---|---|
| New Year's Day | January 1 |
| Martin Luther King, Jr's Birthday | Third Monday in January |

| | |
|---|---|
| President's Day | Third Monday in February |
| Memorial Day | Last Monday in May |
| Juneteenth | June 19 |
| Independence Day | July 4 |
| Labor Day | First Monday in September |
| Veteran's Day | November 11 |
| Thanksgiving Day | Fourth Thursday in November |
| Friday after Thanksgiving | Friday after Thanksgiving |
| Christmas Eve | December 24 |
| Christmas Day | December 25 |

If a Legal Holiday falls on Saturday, it will be observed on the preceding Friday.
If a Legal Holiday falls on Sunday, it will be observed on the following Monday.

5.0 MBE/WBE goals were not established for this Agreement.

6.0 Based on the criteria in the City's Living Wage Resolution No. 20160324-020, the Living Wage requirement does not apply to this Agreement.

7.0 By signing this Amendment, the Grantee certifies that the Grantee and its principals are not currently suspended or debarred from doing business with the Federal Government, as indicated by the Exclusion records found at SAM.gov, the State of Texas, or the City of Austin.

8.0 All other Agreement terms and conditions remain the same.

BY THE SIGNATURES affixed below, this Amendment is hereby incorporated into and made a part of the above-referenced Agreement.

**GRANTEE**

Signature: *[signed]*

CENTRAL TEXAS ALLIED HEALTH INSTITUTE
Todd Hamilton, Campus President
2101 E St Elmo Rd.
Austin, TX 78744

Date: 08/25/2021

**CITY OF AUSTIN**

Signature: *Adrianne Levitch-Potvin*

City of Austin
Purchasing Office
PO Box 1088
Austin, TX 78767

Date: 09/28/2021

### Program Goals and Objectives

Goal- Address health care delivery and workforce development during the COVID-19 pandemic and beyond in the most vulnerable population of the city. Due to the virus's high transmission rate and increasing volume of infection, there is a dire need to staff long term and short term care facilities. By providing a continuous pipeline of student externs and graduates, Central Texas Allied Health Institute (CTAHI) will work to close that gap.

Objective- To provide 100 Patient Care Technicians and Medical Assistants to test COVID-19 exposed patients at Mobile Testing Centers that have been approved by Austin Public Health

### Program Clients Served

Central Texas Allied Health Institute is fully accredited by the Texas Workforce Commission (TWC) and all programs prepare students to sit for their national certification through both the National Healthcareer Association and the National Center for Competency Testing. CTAHI's target student population are those who qualify under contract Exhibit A.3. We can be found on the Commission's Statewide Eligible Training Provider List for WIOA and state Vocational Rehabilitation job training programs.

The current student demographic of CTAHI are as follows below:
- 50% Hispanic
- 36% African American
- 14% White, Non-Hispanic

Central Texas Allied Health Institute offers an open recruitment process. As stated earlier, any individual in the general population is encouraged to enroll, but we do utilize a strategically focused recruitment campaign that targets the Eastern Crescent. We have partnerships with community and faith-based organization that services this population. We have made regular appearances on radio talk shows that serve this population and were featured on KXAN news. In the coming weeks will be appearing in the Austin American Statesman and on an episode of "The American Graduate" on PBS Austin.

### Program Services and Delivery

CTAHI is a private non-profit career college that provides education in the areas of allied health. Our programs are open to all citizens living in the Austin/Travis County region; however, our target audience is individuals living in vulnerable communities that historically have not had access to these type of programs at the price point of a community college. Historically, the students that enroll come from extreme poverty and have multiple stressors that affect their performance in the classroom and/or barriers to graduation. Through partnerships with Workforce Solutions Capital Area, Austin Area Urban League, Community Resilience Trust, Keep Families Giving and The Michael and Susan Dell Foundation, CTAHI strives to provide wrap around services to ensure students succeed.

A Student Success Coordinator (SSC) oversees all student retention and risk assessment reporting. This includes the early intervention program, where students are surveyed at the time of admission to determine program fit and retention level risk. If students are identified to be high risk to attrite, they meet with the SSC, their Academic Dean and their Department Chair to develop an individualized program success plan. This plan identifies areas of opportunity in their path to an education and develops a mitigation to help address these issues. The student will follow this plan until they either graduate or demonstrate they have overcome these barriers and no longer need the assistance of the Student

Success Office.

### System for Collecting and Reporting Program Data

Central Texas Allied Health Institute uses a proprietary student information system to collect, track and compile necessary reports for all reporting to the Texas Workforce Commission and the Michael and Susan Dell Foundation. We also utilize all report templates issued to us from our various accrediting agency. Central Texas Allied Health Institute Enrollment Application and Agreement packet contains all student data and information to complete yearly reporting requirements.

### Performance Evaluation

The agency will provide periodic assessments in the form of quizzes, tests and related assignments, as well as routine competency assessments to ensure mastery of relevant skills. CTAHI will have attendance requirements in place that students must meet depending on the program in which they are enrolled. Instructors will coordinate with the Student Success Coordinator when student are deemed at risk for attrition to determine appropriate actions if needed to help continue their education on to graduation.

The Career Services Director will work with Human Resource Departments at Austin Public Health, Community Care and other COVID-19 established medical facilities, to place students in positions specialized in COVID-19 patient care upon graduation. These positions include, paid testing and/or contact tracing staff at APH, a member of the COVID-19 response testing team at Community Care, or in any acute care center facility in Austin/Travis County that is currently caring for COVID-19 patients.

### Quality Improvement

The process for identifying obstacles begins during the Admissions stage. When speaking to prospective students, our Admissions staff uses a script that includes probing questions addressing the common issues students endure. If a member of the Admissions staff identifies a potential issue, they would complete a Student Success Referral Form and the student would be placed on the Risk Assessment Watch List, built by for our institution by the Susan and Michael Dell Foundation. Referrals can also be submitted by faculty at any time during a student's academic career at CTAHI. Another way a student is referred to the Student Success Department is through the Campus Registrar. The Registrar runs and distributes the SAP (Satisfactory Academic Progress) Report weekly in order to determine if a student may need academic assistance.

When a student is referred to the Student Success Department, they are entered in the Risk Assessment System. A student will then meet with Student Success staff for an initial appointment and paperwork. Here a student can be forthcoming with any obstacles. Additionally, each appointment will have a Summary Form. This form addresses progress gained, identified difficulties, and an action plan to overcome. Each action plan is specifically created based off of student needs and their learning style. The Summary Form will determine how frequently appointments will occur.

Lastly, upon completion of the program, a student will complete a Student Survey Form. We encourage feedback on how CTAHI can continue serving students at an exceptional level. As student progress through their externship, they will be given a periodic survey in which they have the opportunity to inform us about the quality of their externship site and the educational experience they have received.

### Service Coordination with Other Agencies

CTAHI is listed on the Texas Workforce Commission State Eligible Training Provider List. This enables us to receive workforce development grant funding, for students living at or below the poverty line, for

one of our three short term certificate programs under the WIOA grant. This helps students get into the workforce and move into the middle class.

### Service Collaboration with Subgrantees

CTAHI faculty will be onsite at all times teaching and supervising the students on how to conduct intake and testing of patients. Austin Area Urban League (AAUL) and CTAHI are providing both testing and direct social assistance services at the site., therefore AAUL is listed here as a collaborative partner in this project.

### Community Planning Activities

The agency is working with AAUL to provide wrap around social services to all individuals tested at our site who both 1) test positive and 2) identify and fall within the criteria of being an essential worker. The AAUL will then contact the client and begin the process of gathering information needed to provide direct and indirect financial assistance for these essential workers while they are quarantined due to COVID-19.

Students will address health care delivery and workforce development during the COVID-19 pandemic and beyond in the most vulnerable population of the city. Due to the virus's high transmission rate and increasing volume of infection, there is a dire need to staff long term and short-term care facilities. By providing a continuous pipeline of student externs and graduates, Central Texas Allied Health Institute (CTAHI) will work to close that gap.

# Program Performance Measures

|  |  | Project Period Terms | | | | Contract Term ** |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 * | 3 * | 4 * |  |
|  | Start Date | 10/01/2020 | 10/01/2021 |  |  | 09/15/2020 |
|  | End Date | 09/30/2021 | 09/30/2022 |  |  | 09/30/2022 |

### City of Austin Funded Goal of Program

| Outputs | Description | Goal | Goal | Goal | Goal | Goal |
|---|---|---|---|---|---|---|
| 01 | Unduplicated Clients Served | 100 | 22 |  |  | 122 |

### City of Austin Funded Goal of Program

| Outcomes | Description | Goal | Goal | Goal | Goal | Goal |
|---|---|---|---|---|---|---|
| 01 | **Numerator** Number of individuals obtaining employment | 48 | 48 |  |  | 96 |
|  | **Denominator** Number of individuals exiting the program | 80 | 80 |  |  | 160 |
|  | **Rate** Percent of individuals obtaining employment | 60.00 | 60.00 |  |  | 60.00 |
| 02 | **Numerator** Number of individuals increasing employment income | 48 | 48 |  |  | 96 |
|  | **Denominator** Number of individuals exiting the program | 80 | 80 |  |  | 160 |
|  | **Rate** Percent of individuals increasing employment income | 60.00 | 60.00 |  |  | 60.00 |
| 03 | **Numerator** Number of individuals who complete an educational program that improves their knowledge | 80 | 80 |  |  | 160 |
|  | **Denominator** Number of individuals participating in the educational program | 100 | 100 |  |  | 200 |
|  | **Rate** Percent of individuals who complete an educational program and demonstrate improved knowledge | 80.00 | 80.00 |  |  | 80.00 |

\* Goal Served May Include Carry-Over From Previous Project Period Term
\*\* Goal Served Spans Contract Term / Ma Not Include Carry-Over / Goal Served Must Be < or = Sum of Project Periods

**Program Performance Measures**

| 04 | | | | | |
|---|---|---|---|---|---|
| | **Numerator**<br>Number of clients who obtain or improve employment and retain employment after 6 months. | 34 | 34 | | 68 |
| | **Denominator**<br>Total number of Clients who obtained their first job or improved employment 6 months prior | 48 | 48 | | 96 |
| | **Rate**<br>Percent of clients who obtained their first job or improved employment after 6 months: Percent of Clients who obtained or improved employment and retain employment or continued post-exit pathway after 6 months | 70.83 | 70.83 | | 70.83 |

\* Goal Served May Include Carry-Over From Previous Project Period Term
\*\* Goal Served Spans Contract Term / Ma Not Include Carry-Over / Goal Served Must Be < or = Sum of Project Periods

*Exhibit A.2 - Program Performance Measures*

Page 2 of 2

# Program Budget and Narrative

| Budget | | Project Period Terms | | | | Contract Term |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | |
| | Start Date | 10/01/2020 | 10/01/2021 | | | 09/15/2020 |
| | End Date | 09/30/2021 | 09/30/2022 | | | 09/30/2022 |
| **Personnel** | | | | | | |
| Salaries | | $80,000.00 | $80,000.00 | | | $160,000.00 |
| Fringe and Payroll Taxes | | $0.00 | $0.00 | | | $0.00 |
| | Sub-Total | **$80,000.00** | **$80,000.00** | | | **$160,000.00** |
| **Operations** | | | | | | |
| General Operations | | $40,000.00 | $50,000.00 | | | $90,000.00 |
| Outsourced Professional Services | | $0.00 | $0.00 | | | $0.00 |
| Supplemental Program Services | | $0.00 | $0.00 | | | $0.00 |
| Training/Travel Outside Austin and/or Travis County | | $0.00 | $0.00 | | | $0.00 |
| | Sub-Total | **$40,000.00** | **$50,000.00** | | | **$90,000.00** |
| **Assistance to Clients** | | | | | | |
| Rental/Mortgage Assistance | | $0.00 | $5,000.00 | | | $5,000.00 |
| General Housing Assistance | | $0.00 | $5,000.00 | | | $5,000.00 |
| Direct Assistance | | $80,000.00 | $60,000.00 | | | $140,000.00 |
| Client Food and Beverage | | $0.00 | $0.00 | | | $0.00 |
| | Sub-Total | **$80,000.00** | **$70,000.00** | | | **$150,000.00** |
| **Capital Outlay** | | | | | | |
| Capital Outlay - $5,000.00 | | $0.00 | $0.00 | | | $0.00 |
| **Deliverable Amount** | | | | | | |
| Deliverable Amount | | $0.00 | $0.00 | | | $0.00 |
| **Subgrantees/Sub-recipients** | | | | | | |
| Personnel-Sub | | $0.00 | $0.00 | | | $0.00 |
| Operations-Sub | | $0.00 | $0.00 | | | $0.00 |
| Direct Client Assistance-Sub | | $0.00 | $0.00 | | | $0.00 |
| Other-Sub | | $0.00 | $0.00 | | | $0.00 |
| | Sub-Total | **$0.00** | **$0.00** | | | **$0.00** |
| **Program Income** | | | | | | |
| Program Income (Zero dollars budgeted for monthly credit) | | $0.00 | $0.00 | | | $0.00 |
| **Other** | | | | | | |
| Other | | $0.00 | $0.00 | | | $0.00 |
| | **Totals** | **$200,000.00** | **$200,000.00** | | | **$400,000.00** |

# Program Budget and Narrative

## Detailed Budget Narrative

**Personnel**

    Total cost of salaries for this program
    including fringe and payroll taxes

**Operations**

    This is the cost of all consumable materials used during training, including books, background checks, drug
    screening and lab rental.

**Assistance to Clients**

    The cost of program fees, laptops, scrubs, and the price of the student national certification exam and exam
    preparation materials, transportation assistance, bus passes, utility bills, rental or housing costs, and other costs
    to assist the eligible student in maintaining a stable living environment while enrolled in programming

**Capital Outlay**

**Deliverable**

**Subgrantees/Subrecipients**

**Program Income**

**Other**