**Exhibit E**



May 18, 2022

Dr. Jereka Thomas-Hockaday
Central Texas Allied Health Institute
2101 E St Elmo Road
Austin, TX  78744

*VIA electronic mail: dr.jereka.thomas-hockaday@ctahi.org*

Re: Letter Agreement for Refund of Overpayments related to Agreements for COVID-19 Tillery Vaccine Clinic Services (NG210000211) and COVID-19 Workforce Development Program Services (NG200000072)

Dear Dr. Hockaday,

As previously discussed and advised in writing, the City of Austin (City) overpaid Central Texas Allied Health Institute (CTAHI) in the amount of $375,861.14 as a result of CTAHI's submission of inaccurate and falsified payment requests under agreements for services provided at the COVID-19 Tillery Vaccine Clinic and related to the COVID-19 Workforce Development Program. City has terminated both agreements and demanded a refund, and negotiated a repayment plan, as seen in the attached Exhibit A. Demand Letters and Exhibit B. Repayment Letter. To date, City has received no payment or further communication. As a result, City demands a refund of $375,861.14 to be paid as follows:

- $25,057.40for the period between January 14, 2022, and May 14, 2022, which is due immediately.
- $6,264.35 per month is due on the 14th of each month, starting on June 14, 2022.

Payments must be made in the form of a cashier's check made out to: "City of Austin – Austin Public Health," with the words "Social Services FDU 1000-4700-6415" in the memo section. Each payment must be mailed to the following address:
    Attn:  Accounting – Social Services Repayment
    Austin Public Health
    PO Box 1088
    Austin Texas 78767-1088

City's acceptance of CTAHI's installment payments to refund $375,861.14 owed to City, in lieu of a lump sum payment, (1) is not a waiver of City's rights under the Agreements or an express or implied acceptance of any other existing or future default or defaults by CTAHI, whether of a similar or different character; (2) shall not relieve or decrease the responsibility or liability of CTAHI hereunder, or construed to be a limitation of responsibility or liability on the part of the CTAHI; and (3) is not a settlement or release of any potential claims available to City. **City will avail itself of other potential legal actions if CTAHI fails to remit payments to City as stated in this letter agreement.**

By signing below, you agree to the above terms and conditions of repayment.

*Dr. Jereka R Thomas-Hockaday*      06/28/2022
Dr. Jereka Thomas-Hockaday                    Date
Founder, Central Texas Allied Health Institute

We appreciate your continued cooperation.

Sincerely,

Adrienne Sturrup
Director, Austin Public Health
P.O. Box 1088
Austin, Texas 78767
512-972-5010