# United States Bankruptcy Court
Western District of Texas
Waco Division

| | |
|---|---|
| In re:<br>Jereka Renee Thomas-Hockaday,<br><br>      Debtor.<br><br>City of Austin,<br>      Plaintiff,<br><br>  vs.<br><br>Jereka Renee Thomas-Hockaday,<br>      Defendant. | Bankr. Case No. 24-10723-smr<br><br>Chapter 7<br><br><br><br>Adversary No. 24-01055-smr |

**ORDER GRANTING DEFENDANT'S MOTION TO**
**<u>DISMISS COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)</u>**

On November 1, 2024, the Court considered the *Defendant's Motion to Dismiss Complaint* [Adv. No. ____] filed by defendant Jereka Thomas-Hockaday. The defendant's motion sought relief under Federal Rules of Civil Procedure 12(b)(6), made applicable to these proceedings under Federal Rule of Bankruptcy Procedure 7009. After reviewing the pleadings and hearing arguments of counsel, the Court finds good cause for the entry of this order. For the reasons stated in open court, it is therefore,

**ORDERED** that the motion under Fed. R. Civ. P. 12(b)(6) is **GRANTED** in part and **CONDITIONALLY GRANTED** in part.

**IT IS FURTHER ORDERED** that all claims against defendant Jereka Thomas-Hockaday, are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the motion is denied without prejudice in all other respects.

# # #