# United States Bankruptcy Court
## Western District of Texas
## Waco Division

| | |
|---|---|
| In re:<br>  Jereka Renee Thomas-Hockaday<br>        Debtor.<br><br><br>City of Austin,<br>       Plaintiff<br><br> vs.<br><br>Jereka Renee Thomas-Hockaday,<br>      Defendant | Bankr. Case No. 24-10723-smr<br><br>Chapter 7<br><br><br><br><br>Adversary No. 24-01055-smr |

## **DEFENDANT'S STATEMENT REGARDING CONSENT**

Defendant Jereka Renee Thomas-Hockaday, ("Defendant") expressly consents to the entry of final orders and a final judgment by an Article I Bankruptcy Judge in the above-captioned adversary proceeding.

Dated: November 19, 2024.

                                          Respectfully submitted:

                                          By: __/s/ Clayton L. Everett____
                                              Clayton L. Everett
                                          State Bar No. 24065212
                                          clayton@norredlaw.com
                                          NORRED LAW, PLLC
                                          515 E. Border St.
                                          Arlington, Texas 76010
                                          Telephone: (817) 704-3984
                                          Counsel for Defendant

## **CERTIFICATE OF SERVICE**

      I certify that on November 19, 2024, a true and correct copy of the foregoing document was served via ECF upon all parties receiving notice through the ECF system and via email to the parties listed below:

| *Counsel for Plaintiff* | *Counsel for Plaintiff* |
|---|---|
| Elissa Zlatkovich Hogan<br>Assistant City Attorney<br>City of Austin Law Dept.<br>P.O. Box 1546<br>Austin, TX 78767-1546<br>elissa.hogan@austintexas.gov | Jason Bradley Binford<br>Ross, Smith & Binford, PC<br>2901 Via Fortuna Bldg. 6, Suite 450<br>Austin, TX 78746<br>jason.binford@rsbfirm.com |

                              */s/ Clayton L. Everett*